

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Shandex Personal Care Manufacturing Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080596W | $147,592.30 | 10/18/2019 | 6933 | 8/28/2019 | $29,477.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080716X | $206,591.19 | 10/25/2019 | 6946 | 9/6/2019 | $31,785.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080716X | $206,591.19 | 10/25/2019 | 6945 | 9/5/2019 | $32,000.16 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080716X | $206,591.19 | 10/25/2019 | 6944 | 9/5/2019 | $28,080.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080716X | $206,591.19 | 10/25/2019 | 6942 | 9/4/2019 | $27,812.16 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080716X | $206,591.19 | 10/25/2019 | 6941 | 9/3/2019 | $31,785.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080716X | $206,591.19 | 10/25/2019 | 6940 | 9/3/2019 | $14,040.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080716X | $206,591.19 | 10/25/2019 | 6939 | 9/3/2019 | $15,168.87 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080206 | $76,432.50 | 9/20/2019 | 6912 | 7/31/2019 | $29,932.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080596W | $147,592.30 | 10/18/2019 | 6936 | 8/29/2019 | $29,477.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080787P | $155,220.00 | 11/1/2019 | 6950 | 9/10/2019 | $31,785.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080596W | $147,592.30 | 10/18/2019 | 6931 | 8/27/2019 | $29,477.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080596W | $147,592.30 | 10/18/2019 | 6929 | 8/26/2019 | $29,477.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080325W | $54,152.80 | 9/27/2019 | SALES154 | 8/7/2019 | $628.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080325W | $54,152.80 | 9/27/2019 | 6918 | 8/8/2019 | $25,444.80 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080325W | $54,152.80 | 9/27/2019 | 6917 | 8/6/2019 | $28,080.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080206 | $76,432.50 | 9/20/2019 | 6915 | 8/2/2019 | $28,080.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080206 | $76,432.50 | 9/20/2019 | 6913 | 7/31/2019 | $18,420.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080596W | $147,592.30 | 10/18/2019 | 6938 | 8/30/2019 | $29,682.30 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081067X | $174,872.22 | 11/22/2019 | 6981 | 10/3/2019 | $31,785.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081286 | $51,033.19 | 12/6/2019 | 6990 | 10/16/2019 | $31,785.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081286 | $51,033.19 | 12/6/2019 | 6989 | 10/15/2019 | $34,203.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081286 | $51,033.19 | 12/6/2019 | 6988 | 10/15/2019 | $34,203.00 |

Shandex Personal Care Manufacturing Inc. (2266344)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081126E | $156,757.95 | 11/29/2019 | 6987 | 10/10/2019 | $31,785.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081126E | $156,757.95 | 11/29/2019 | 6986 | 10/10/2019 | $31,785.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081126E | $156,757.95 | 11/29/2019 | 6985 | 10/8/2019 | $32,501.25 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081126E | $156,757.95 | 11/29/2019 | 6984 | 10/8/2019 | $29,111.70 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080716X | $206,591.19 | 10/25/2019 | 6947 | 9/6/2019 | $25,920.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081067X | $174,872.22 | 11/22/2019 | 6982 | 10/4/2019 | $29,932.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080787P | $155,220.00 | 11/1/2019 | 6949 | 9/10/2019 | $28,080.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081067X | $174,872.22 | 11/22/2019 | 6980 | 10/3/2019 | $26,178.30 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081067X | $174,872.22 | 11/22/2019 | 6977 | 10/2/2019 | $29,932.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081067X | $174,872.22 | 11/22/2019 | 6975 | 10/1/2019 | $30,943.92 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081067X | $174,872.22 | 11/22/2019 | 6973 | 9/30/2019 | $26,100.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080787P | $155,220.00 | 11/1/2019 | 6956 | 9/13/2019 | $31,785.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080787P | $155,220.00 | 11/1/2019 | 6955 | 9/13/2019 | $31,785.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080787P | $155,220.00 | 11/1/2019 | 6953 | 9/11/2019 | $31,785.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081286 | $51,033.19 | 12/6/2019 | 6991 | 10/16/2019 | $31,785.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081126E | $156,757.95 | 11/29/2019 | 6983 | 10/8/2019 | $31,575.00 |

**Totals:**     **8 transfer(s),**    **$1,022,652.15**